Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jimmie Blackwood ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br>     Defendant. ) <br> _____) | 1:10-CV-02162-OWW JLT <br><br> STIPULATION AND ORDER TO DISMISS |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 18, 2010 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff passed away on March 16, 2011 and the claim is for Supplemental Security Income only. Plaintiff has no surviving spouse.

Dated: May 11, 2011          /s/ Sengthiene Bosavanh
                                      SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff

Dated: May 11, 2011
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Jacqueline Anna Forslund
                                      (as authorized via telephone)
                                      JACQUELINE ANNA FORSLUND
                                      Assistant Regional Counsel

///

IT IS SO ORDERED.

**Dated:   May 11, 2011**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE